UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY LAMONT MOORE,

    Plaintiff,

v.

KAREN PRUNICK, et al.,

    Defendants.
_____/

Case No. 2:15-cv-143

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

This action came before the Court for a bench trial. The issues have been tried and the Court rendered its verdict, from the bench, on all tried issues in favor of the Defendants and against the Plaintiff. Therefore,

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" is entered in favor of all Defendants and against the Plaintiff pursuant to the verdict of the Court.

This is a final judgment, all pending claims in this case having been resolved.

Dated: April 12, 2018

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge